### J. R. Morehead v. The State.

Minutes of Court. — If the record fails to show that the defendant pleaded to the indictment, or that his plea was entered for him, the conviction cannot stand.

Appeal from the County Court of McLennan. Tried below before the Hon. G. B. Gerald, County Judge.

The offence was the selling of lightning-rods without paying occupation-tax.

*Herring, Anderson & Kelly*, for the appellant.

*Thomas Ball*, Assistant Attorney-General, for the State.

White, P. J. In this case the record fails to disclose that defendant pleaded to the indictment. The record must show affirmatively the entry of the plea, or the conviction cannot stand. *Stacey* v. *The State*, 3 Texas Ct. App. 121; *Satterwhite* v. *The State*, 3 Texas Ct. App. 428; *Morris* v. *The State*, 4 Texas Ct. App. 489; *Bush* v. *The State*, 5 Texas Ct. App. 64.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*